No. 161. WALDOCK v. NEWELL, WARDEN. Appeal from the Supreme Court of Oklahoma. October 6, 1930. Dismissed with costs, on motion of *Mr. Finis E. Riddle* for appellant. No appearance for appellee.

No. 70. JUNGST ET AL. v. BALDRIDGE, GOVERNOR, ET AL. Appeal from the District Court of the United States for the District of Idaho. October 13, 1930. Appeal dismissed with costs on motion of *Mr. Charles J. Williamson* for appellants. *Mr. Leon M. Fisk* for appellees.

No. 327. FOREMAN TRUST & SAVINGS BANK, TRUSTEE, ET AL. v. CHICAGO. October 13, 1930. Appeal and petition for writ of certiorari dismissed with costs per stipulations of counsel. *Messrs. Howard F. Bishop, John F. Caskey,* and *George W. Schurman* for appellants. *Messrs. Samuel A. Ettelson* and *Gotthard A. Dahlberg* for appellee.

No. 59. ORENSTEIN & KOPPEL AKTIENGESELLSCHAFT v. KOPPEL INDUSTRIAL CAR & EQUIPMENT CO December 12, 1930. Dismissed and mandate granted per stipulation of counsel. *Messrs. Dean Hill Stanley, Arthur Garfield Hays,* and *Wm. Cattron Rigby* for petitioner. *Messrs. Charles Henry Butler, John A. Kratz,* and *Godfrey L. Munter* for respondent.